THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASTON HOOPES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONWIDE MUTUAL<br>　INSURANCE COMPANY, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C17-1022-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the parties' second stipulated motion to extend the deadline for Defendants Nationwide Mutual Insurance Company and Allied Property and Casualty Insurance Company to respond to the complaint (Dkt. No. 11). The motion is GRANTED. These Defendants shall have until September 1, 2017 to answer the complaint.

　　　DATED this 31st day of July 2017.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER C17-1022-JCC
PAGE - 1