1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHTON HOOPES, | CASE NO. C17-1022-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al.,, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court after it was provided telephonic notice by Defendants' counsel that the parties have settled this lawsuit. The parties are ORDERED to file a notice of settlement with the Clerk of Court within 21 days.

DATED this 31st day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk